IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PETE WRIGHT, Register No. 166935, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4201-CV-C-NKL |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On July 23, 2007, United States Magistrate Judge William A. Knox recommended that defendants' motions to dismiss be denied as moot, in light of the amended complaint. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the "objections and written exceptions" filed by plaintiff on August 9 and 21, 2007, in which plaintiff specifically consents to the adoption of the recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 23, 2007, is adopted. [68] It is further

ORDERED that defendants' motions to dismiss are denied as moot in light of the amended complaint. [17, 28]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 27, 2007
Jefferson City, Missouri