# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| PETE WRIGHT, Register No. 166935, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4201-CV-C-NKL |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 17, 2007, United States Magistrate Judge William A. Knox recommended denying plaintiff's motions for temporary restraining orders. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on October 5, 2007, and appeal of the Magistrate Judge's decision filed on October 9, 2007. The issues raised in plaintiff's exceptions and appeal were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Further, the stay of discovery issued by the Magistrate Judge was proper. The Magistrate Judge has recently issued a Report and Recommendation regarding the outstanding motions to dismiss and for judgment on the pleadings. Plaintiff should review the Report and Recommendation and file exceptions if he believes it necessary. As advised by the Magistrate Judge, upon this court issuing a final order on these motions, a new discovery schedule will be entered, if necessary. Plaintiff will have the opportunity to conduct discovery at that time.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of September 17, 2007, is adopted. [149] It is further

ORDERED that plaintiff's motions for temporary restraining orders are denied. [39, 104, 106].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 11, 2008
Jefferson City, Missouri