IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PETE WRIGHT, Register No. 166935, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4201-CV-C-NKL |
| | ) | |
| ARTHUR WOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On July 2, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for default judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on July 16, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 2, 2008, is adopted. [204] It is further

ORDERED that plaintiff's motion of June 13, 2008, for the entry of default judgment against defendant State of Missouri is denied. [199]

/s Nanette K. Laughrey

NANETTE K. LAUGHREY
United States District Judge

Dated: August 8, 2008
Jefferson City, Missouri