IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PETE WRIGHT, Register No. 166935, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4201-CV-C-NKL |
| ) | |
| ARTHUR WOOD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 19, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff's motions to alter and/or void all orders previously entered by Judge Knox for lack of jurisdiction, and motion for reconsideration be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 19, 2009, is adopted. [248] It is further

ORDERED that plaintiff's motions to alter and/or void all orders previously entered by Judge Knox for lack of jurisdiction, and motion for reconsideration are denied. [229, 242, 243, 245]

/s/ Nanette Laughrey

NANETTE K. LAUGHREY
United States District Judge

Dated: 6-12-09
Jefferson City, Missouri